

# NUMBER 13-21-00374-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

JANYCE BARTLETT,                                                      Appellant,

v.

BREEZE LAKE CAMPGROUND,                                              Appellee.

### On appeal from the County Court at Law No. 5
### of Cameron County, Texas.

# ORDER

### Before Justices Hinojosa, Tijerina, and Silva
### Order Per Curiam

Appellee's retained counsel, Ernie J. Hernandez, has filed a notice of non-representation. Due to circumstances outlined in the notice, namely appellee's refusal to sign the notice, we now accept the notice and order appellee's counsel, Ernie J. Hernandez, withdrawn from the case.

Furthermore, appellee is directed to notify the Court promptly when they retain new counsel on appeal by filing a notice including that attorney's name, email address, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

PER CURIAM

Delivered and filed the
14th day of January, 2022.